```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                        2:08-cr-200

Brandon S. Bellar

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 24) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to the lesser included offense to Count 1 of the indictment, and he is hereby adjudged guilty of that offense.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: April 13, 2009                <u>      s\James L. Graham      </u>
                                        James L. Graham
                                        United States District Judge